# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0419
_____

PASHIA GROOM,

    Appellant,

    v.

KEVIN GROOM,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John L. Miller, Jr., Judge.

October 22, 2025

PER CURIAM.

Pashia Groom appeals the final judgment entered on her petition for dissolution of her marriage to Kevin Groom. Kevin Groom concedes one error in the dissolution judgment, the trial court's erroneous duplication of credit card balances as a debt. We find no other reversible error in the judgment. Accordingly, the Final Judgment of Dissolution of Marriage and Equitable Distribution is AFFIRMED in part, REVERSED in part and REMANDED for further proceedings consistent with this opinion.

LEWIS, WINOKUR, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Travis R. Johnson of Gulf Coast Divorce, PLLC, Pensacola, for Appellant.

Ross A. Keene of Ross Keene Law, P.A., Pensacola, for Appellee.